# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 7, 2011

143603

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KEONDO SHAMAAR TAYLOR,
      Defendant-Appellant.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 143603
COA: 296915
Jackson CC: 08-004311-FH

_____/

      On order of the Court, the application for leave to appeal the June 28, 2011 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Vaughn* (Docket No. 142627) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 7, 2011

Clerk

t1130